```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| PIETRO J. PARISI, JR., | |
| Petitioner, | Civ. No. 21-14332 (NLH) |
| v. | **MEMORANDUM OPINION & ORDER** |
| THE ATTORNEY GENERAL OF THE STATE OF NEW JERSEY, | |
| Respondent. | |

APPEARANCE:

Pietro J. Parisi, Jr.
147556C 705
Special Treatment Unit
8 Production Way
P.O. Box 905
Avenel, NJ 07001

    Petitioner Pro se

Jill S. Mayer, Acting Camden County Prosecutor
Maura Murphy Sullivan, Acting Assistant Prosecutor
Camden County Prosecutor's Office
200 Federal Street
Camden, NJ 08103

    Attorneys for Respondent

HILLMAN, District Judge

    WHEREAS, Pietro J. Parisi filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254, see ECF No. 1; and

    WHEREAS, Respondent filed its answer on September 14, 2021, ECF No. 4; and

WHEREAS, the Court granted Petitioner's first request for an extension of time to file his reply, ECF No. 6; and

WHEREAS, Petitioner requests a second extension of time to file his reply, ECF No. 7; and

WHEREAS, Petitioner requests an additional ninety (90) days due to the restrictions on access to the library imposed as a result of COVID-19 protocols, id.,

THEREFORE, IT IS on this 15th day of February, 2022

ORDERED that Petitioner's motion for an extension, ECF No. 7, is granted; and it is further

ORDERED that Petitioner's reply shall be submitted by May 6, 2022; and it is finally

ORDERED that the Clerk shall send Petitioner a copy of this Order by regular mail.

At Camden, New Jersey	/s Noel L. Hillman
	NOEL L. HILLMAN, U.S.D.J.